# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCUS HARRIS

NO. 2021 KW 1018

OCT 1 2 2021

---

In Re: Marcus Harris, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 34-98.

---

**BEFORE:** **GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT